No. 81–280. GENERAL BUILDING CONTRACTORS ASSN., INC. *v.* PENNSYLVANIA ET AL.;

No. 81–330. UNITED ENGINEERS & CONSTRUCTORS, INC. *v.* PENNSYLVANIA ET AL.;

No. 81–331. CONTRACTORS ASSOCIATION OF EASTERN PENNSYLVANIA ET AL. *v.* PENNSYLVANIA ET AL.;

No. 81–332. GLASGOW, INC. *v.* PENNSYLVANIA ET AL.; and

No. 81–333. BECHTEL POWER CORP. *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 648 F. 2d 923.

No. 81–5321. ENMUND *v.* FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 80–2083. SHEPHERD *v.* SHEPHERD. Sup. Ct. Ga. Certiorari denied.

No. 80–2156. GENERAL DEVELOPMENT & SHIPPING ENTERPRISES CO., LTD. *v.* MOREWITZ, ADMINISTRATOR, ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–6812. SCRUGGS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 80–6883. PITTS *v.* SPARKS, ASSISTANT DISTRICT ATTORNEY. C. A. 5th Cir. Certiorari denied.

No. 81–86. LITTLE MOTOR CO. *v.* SUITS. C. A. 5th Cir. Certiorari denied.